Document Number Case Number
05-C-0063-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
02/09/2006 03:44:26 PM CST

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WILLIAM A. PARUS,

Plaintiff,

and

GERMANTOWN MUTUAL INSURANCE
COMPANY,                                    Case No. 05 C 0063 C

Intervening Plaintiff,

v.

ANDREW C. CATOR; THOMAS KROEPLIN;
DAWN BRESNAHAN, individually and in her official
capacity as an employee of the Town of Minocqua Police
Department; TOWN OF MINOCQUA, WISCONSIN;
CLAY KREITLOW, individually and in his official
capacity as an employee of the Town of Woodruff Police
Department; and TOWN OF WOODRUFF,
WISCONSIN,

Defendants.

## PLAINTIFF'S PROPOSED SPECIAL VERDICT

1.      Do you find that on September 20, 2004, Clay Kreitlow knowingly

obtained William Parus's name and address that had been taken from a Wisconsin motor

vehicle record?

Yes _____                    No _____

2.      Do you find that Clay Kreitlow obtained William Parus's name and

address for a purpose other than legitimate law enforcement?

Yes _____                    No _____

3.      Do you find that on September 20, 2004, Tom Kroeplin knowingly obtained William Parus's name that had been taken from a Wisconsin motor vehicle record?

Yes _____                           No _____

4.      Do you find that Tom Kroeplin obtained William Parus's name for a purpose other than legitimate law enforcement?

Yes _____                           No _____

If you answered "Yes" to the previous question, then answer this:

5.      Do you find that Tom Kroeplin's conduct caused injury to William Parus?

Yes _____                           No _____

If you answered "Yes" to the previous question, then answer this:

6.      What amount of money will fully and fairly compensate William Parus for his injury?

$ _____

2

7.   Do you find that the conduct of Tom Kroeplin demonstrated a willful or reckless disregard of the law?

Yes _____          No _____

If you answered "Yes" to the previous question, then answer this:

8.   What amount of money do you award as punitive damages against Tom Kroeplin?

$ _____

If you answered "yes" to question #2, then answer this:

9.   Do you find that the conduct of Clay Kreitlow demonstrated a willful or reckless disregard of the law?

Yes _____          No _____

If you answered "Yes" to the previous question, then answer this:

10.   What amount of money do you award as punitive damages against Clay Kreitlow?

$ _____

3