Document Number: 195  Case Number: 05-C-0063-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
04/10/2006 04:38:15 PM CDT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WILLIAM A. PARUS,

            Plaintiff,

and

GERMANTOWN MUTUAL INSURANCE
COMPANY,

            Intervening Plaintiff,

   v.

Case No. 05 C 0063 C

ANDREW C. CATOR; THOMAS KROEPLIN;
DAWN BRESNAHAN, individually and in her official
capacity as an employee of the Town of Minocqua Police
Department; TOWN OF MINOCQUA, WISCONSIN;
CLAY KREITLOW, individually and in his official
capacity as an employee of the Town of Woodruff Police
Department; and TOWN OF WOODRUFF,
WISCONSIN,

            Defendants.

---

### REQUEST FOR JUDGMENT

---

Plaintiff William A. Parus, by and through counsel, pursuant to Rule 58(d), Fed. R. Civ. P., hereby requests that judgment be entered in this matter on a separate document pursuant to Rule 58(a)(1), Fed. R. Civ. P. Plaintiff proposes that the judgment reflect the dismissal with prejudice of Defendants Cator, Bresnahan and Town of Minocqua based upon the Court's previous granting of their respective motions for summary judgment, the dismissal with prejudice of Defendants Kroeplin, Kreitlow and Town of Woodruff by stipulation, and the awarding of costs taxed by the Clerk of Court in favor of Cator in the amount of $2,905.87.

1

The purpose of this request is to establish the date from which any appeal by Plaintiff is to be measured.

Dated this /0 day of April, 2006.

                                          NEIDER & BOUCHER, S.C.

By: _____
                                          Richard M. Burnham
                                          State Bar No. 1014738
                                          Attorneys for Plaintiff

Neider & Boucher, S.C.
440 Science Drive, Suite 300
P.O. Box 5510
Madison, WI 53705-0510
Telephone: (608) 661-4500
Facsimile: (608) 661-4510

115042.doc

2

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WILLIAM A. PARUS,

        Plaintiff,        Case No. 05-C-0063-C

and

GERMANTOWN MUTUAL INSURANCE
COMPANY,

        Intervening Plaintiffs,

v.

ANDREW C. CATOR, THOMAS
KROEPLIN, DAWN BRESNAHAN,
individually and in her official capacity
as an employee of the Town of Minocqua
Police Department, TOWN OF
MINOCQUA, WISCONSIN,
CLAY KREITLOW, individually
and in his official capacity as an employee
of the Town of Woodruff Police Department,
and TOWN OF WOODRUFF, WISCONSIN,

        Defendants.

---

## CERTIFICATE OF SERVICE

---

      I certify that on April 10, 2006 I served a copy of Request for Judgment, on the following person(s), by email.

      Michael J. Roman, Esq.
      Zalewski, Klinner & Kramer LLP
      1500 Merrill Ave.
      P.O. Box 1386
      Wausau, WI 54402-1386
      mjr@zkklaw.com
      *Attorneys for Town of Minocqua and Dawn Bresnahan*

1

H. Ben Levy, Esq.
Levy & Levy S.C.
N61 W6058 Columbia Road
P.O. Box 127
Cedarburg, WI 53012
blevy@levyandlevy.com
*Attorneys for Germantown Mutual Insurance Company*

Mark P. Wendorff, Esq.
Wendorff, Ellison & David LLP
630 Fourth Street
P.O. Box 1144
Wausau, WI 54402-1144
mpw@wedlaw.net
*Attorneys for Town of Woodruff and Clayton Kreitlow*

Michael J. Modl, Esq.
Axley Brynelson, LLP
2 East Mifflin Street
P.O. Box 1767
Madison, WI 53701-1767
mmodl@axley.com
*Attorney for Andrew Cator*

Charles D. Hoornstra, Esq.
State of Wisconsin
Department of Justice
17 West Main Street
P.O. Box 7857
Madison, WI 53707-7857
hoornstracd@doj.state.wi.us
*Attorneys for Thomas Kroeplin*

/s/ Noma J. Ramsett
Noma J. Ramsett